THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael O'Neal,       
Appellant.
 
 
 

Appeal From Beaufort County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2004-UP-393
Submitted April 21, 2004  Filed June 21, 2004 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Randolph  Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Michael ONeal pled guilty 
 to kidnapping and assault and battery of a high and aggravated nature.  He was 
 sentenced to concurrent sentences of 15 years for kidnapping, provided upon 
 the service of six years with the balance suspended upon four years probation, 
 and 10 years for assault and battery of a high and aggravated nature.  ONeal 
 appeals, arguing his guilty plea did not comply with the mandates set forth 
 in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for ONeal 
 has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 asserting that there were no meritorious grounds for appeal and requesting permission 
 to withdraw from further representation.  ONeal has not filed a pro 
 se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and BEATTY, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.